# United States Bankruptcy Court

### District of Arizona

In re    **John W. Loewen** _____ ,

                                       Debtor

Case No.   **2:10-bk-28947 CGC**

Chapter                      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 462,000.00 | | |
| B - Personal Property | Yes | 4 | 179,090.72 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 924,318.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 676,141.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,045.51 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,735.33 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 641,090.72 | | |
| Total Liabilities | | | | 1,600,459.28 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

.

# United States Bankruptcy Court
## District of Arizona

In re    **John W. Loewen**                             ,       Case No.   **2:10-bk-28947 CGC**

                                               Debtor                   Chapter                         **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re     **John W. Loewen**                       ,     Case No.  **2:10-bk-28947 CGC**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: 6946 W. Ironwood Drive, Peoria, AZ 85345** | **Fee simple** | - | **74,000.00** | **0.00** |
| **House purchased for investment: 4639 E. Janice Way, Phoenix, Arizona** | **Titled in name of 4639 E Janice Way Trust** | - | **290,000.00** | **606,329.00** |
| **House purchased for investment: 2715 N. 27th Street, Phoenix, Arizona 85008** | **Titled in name of 2715 N. 27th Street Trust** | - | **98,000.00** | **270,718.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | 462,000.00 | (Total of this page) |
| Total > | 462,000.00 | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

In re    **John W. Loewen**                                                                ,    Case No.  **2:10-bk-28947 CGC**
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Compass Bank Account** | - | 1,404.49 |
| | | **Truwest Credit Union** | - | 27.74 |
| | | **HSA Account** | - | 10.09 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **SRP** | - | 275.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room Furniture (Couch, Chairs, Tables, Lamp)** | - | 1,000.00 |
| | | **Television** | - | 200.00 |
| | | **Stereo** | - | 200.00 |
| | | **Bedroom Furniture (Bed, Dresser, Lamp)** | - | 400.00 |
| | | **Kitchen Table & Chairs** | - | 90.00 |
| | | **Refrigerator** | - | 400.00 |
| | | **Dryer** | - | 150.00 |
| | | **Washing Machine** | - | 150.00 |
| | | **Dishes & Cookware** | - | 150.00 |
| | | **Stove** | - | 400.00 |
| | | **Dishwasher** | - | 300.00 |
| | | **Microwave** | - | 100.00 |
| | | **Vacuum Cleaner** | - | 50.00 |

|  | Sub-Total >  (Total of this page) | 5,307.32 |
|---|---|---|

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                      Best Case Bankruptcy

In re     **John W. Loewen**                                    ,          Case No.   **2:10-bk-28947 CGC**
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Medical Texts** | - | 200.00 |
| | | **Pictures, Knick Knaks** | - | 200.00 |
| 6. Wearing apparel. | | **Wearing Apparel** | - | 500.00 |
| 7. Furs and jewelry. | | **Watch** | - | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Mountain Bike** | - | 800.00 |
| | | **Misc. Bicycle Items** | - | 150.00 |
| | | **Ski Equipment** | - | 400.00 |
| | | **Wakeboard Equipment** | - | 125.00 |
| | | **Camera** | - | 75.00 |
| | | **Road Bicycle** | - | 2,300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance- cash surrender value** | - | 1,521.79 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRAs** | - | 123,986.61 |
| | | **CEP America Defined Benefit Plan** | - | 2,500.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **JML MD LLC; This LLC's sole source of income is payments for debtor's services an emergency room physician; These monies are paid by CEP America; JWL MD LLC has a partnership interest in CEP America; Based on the assets and liabilities of JWL MD LLC the membership interest in JWL MD LLC is not believed to have any liquidation value.** | - | 0.00 |

Sub-Total >          132,858.40
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **John W. Loewen**                                                                    Case No.    **2:10-bk-28947 CGC**
                                                                                        ,
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Interests in 4 Investment LLCs with no assets and no ongoing business'** | - | **0.00** |
| | | **WWLFTHR LLC** **JRLPMP LLC** **LSLMD LLC** **BSMMD LLC** | | |
| | | **The Loewen Company LLC- Investment Real Estate** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **The Trusts described in question 10 of the Statement of Financial Affairs, which were set up to hold investment real estate. A separate trust was created for each property.** | - | **0.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

                                                                                          Sub-Total >          **0.00**
                                                                                      (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **John W. Loewen**                                                    ,       Case No.  **2:10-bk-28947 CGC**
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Toyota Tacoma | - | 3,825.00 |
| 26. Boats, motors, and accessories. | | Malibu Boat/Trailer | - | 35,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Misc. Office Equipment | - | 100.00 |
| | | Computer equipment, Desk, Chair, Bookcase | - | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 40,925.00 |
| (Total of this page) | |
| Total > | 179,090.72 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property                                    (Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re **John W. Loewen** , Case No. **2:10-bk-28947 CGC**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence: 6946 W. Ironwood Drive, Peoria, AZ 85345** | **Ariz. Rev. Stat. § 33-1101(A)** | **146,450.00** | **74,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Compass Bank Account** | **Ariz. Rev. Stat. § 33-1126A9** | **150.00** | **1,404.49** |
| **Household Goods and Furnishings** | | | |
| **Living Room Furniture (Couch, Chairs, Tables, Lamp)** | **Ariz. Rev. Stat. § 33-1123** | **1,000.00** | **1,000.00** |
| **Television** | **Ariz. Rev. Stat. § 33-1123(11)** | **200.00** | **200.00** |
| **Bedroom Furniture (Bed, Dresser, Lamp)** | **Ariz. Rev. Stat. § 33-1123** | **400.00** | **400.00** |
| **Kitchen Table & Chairs** | **Ariz. Rev. Stat. § 33-1123(1)** | **90.00** | **90.00** |
| **Refrigerator** | **Ariz. Rev. Stat. § 33-1123(14)** | **400.00** | **400.00** |
| **Dryer** | **Ariz. Rev. Stat. § 33-1123(16)** | **150.00** | **150.00** |
| **Washing Machine** | **Ariz. Rev. Stat. § 33-1123(15)** | **150.00** | **150.00** |
| **Stove** | **Ariz. Rev. Stat. § 33-1123(13)** | **400.00** | **400.00** |
| **Vacuum Cleaner** | **Ariz. Rev. Stat. § 33-1123(17)** | **50.00** | **50.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Medical Texts** | **Ariz. Rev. Stat. § 33-1125(5)** | **250.00** | **200.00** |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | **Ariz. Rev. Stat. § 33-1125(1)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Watch** | **Ariz. Rev. Stat. § 33-1125(6)** | **100.00** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Road Bicycle** | **Ariz. Rev. Stat. § 33-1125(7)** | **500.00** | **2,300.00** |
| **Interests in Insurance Policies** | | | |
| **Life Insurance- cash surrender value** | **Ariz. Rev. Stat. § 20-1131** | **100%** | **1,521.79** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRAs** | **11 U.S.C. § 522(b)(3)(C)** | **100%** | **123,986.61** |
| **CEP America Defined Benefit Plan** | **11 U.S.C. § 522(b)(3)(C)** | **100%** | **2,500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Toyota Tacoma** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **3,825.00** |
| | Total: | **283,798.40** | **213,177.89** |

**0**  continuation sheets attached to Schedule of Property Claimed as Exempt

In re   **John W. Loewen** _____,   Case No.   **2:10-bk-28947 CGC** _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3014**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA 93065** | | - | Deed of Trust<br><br>House purchased for investment: 4639 E. Janice Way, Phoenix, Arizona<br><br>Value $               **290,000.00** | | | | 542,399.00 | 252,399.00 |
| Account No. **xxxxxx1680**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA 93065** | | - | 2/14/06<br><br>Deed of Trust<br><br>House purchased for investment: 2715 N. 27th Street, Phoenix, Arizona 85008<br><br>Value $                 **98,000.00** | | | | 270,718.00 | 172,718.00 |
| Account No. **xxxx6125**<br><br>**Green Tree**<br>**345 St. Peter Street**<br>**Saint Paul, MN 55102** | | - | Second Deed of Trust<br><br>House purchased for investment: 4639 E. Janice Way, Phoenix, Arizona<br><br>Value $               **290,000.00** | | | | 63,930.00 | 63,930.00 |
| Account No. **xxxxxx0143**<br><br>**Truwest Credit Union**<br>**1667 N Priest Dr**<br>**Tempe, AZ 85281** | | - | Opened  3/07/07 Last Active  3/23/10<br><br>Malibu Boat/Trailer<br><br>Value $                 **35,000.00** | | | | 47,271.00 | 12,271.00 |

**0**___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 924,318.00 | 501,318.00 |
| Total (Report on Summary of Schedules) | 924,318.00 | 501,318.00 |

In re    __John W. Loewen__                                 ,     Case No. __2:10-bk-28947 CGC__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Case 2:10-bk-28947-EPB    Doc 14    Filed 10/05/10    Entered 10/05/10 08:44:00    Desc

In re    **John W. Loewen**                                                    ,    Case No.    **2:10-bk-28947 CGC**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J | C | | | | | |
| Account No.<br><br>**AmTrust Bank**<br>**1801 E. 9th Street, Suite 200**<br>**Cleveland, OH 44114** | | - | | | **Possible claim for loan against foreclosed property; lender was Desert Hills Bank, which was taken over by New York Community Bank and renamed as AmTrust Bank** | | | | **Unknown** |
| Account No. xxxxxxxxxxxx4880<br><br>**Bank of America**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | X | - | | | **Opened  9/28/06  Last Active 10/21/09**<br>**Personal liability for debt of The Loewen Co. LLC** | | | | **26,905.00** |
| Account No.<br><br>**Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** | | | | | **Additional Notice:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. 6395<br><br>**Bank Of America**<br>**Po Box 15311**<br>**Wilmington, DE 19884** | X | - | | | **Opened  9/13/06  Last Active 10/21/09**<br>**Personal liability for debt of The Loewen Company, LLC** | | | | **3,628.00** |

|  |  |  |
| --- | --- | --- |
| __7__ continuation sheets attached | Subtotal<br>(Total of this page) | **30,533.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:40190-100929    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John W. Loewen**                                          ,          Case No.   **2:10-bk-28947 CGC**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** | | | Additional Notice:<br>**Bank Of America** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx0764**<br><br>**Bk Of Amer**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | X | - | Opened 9/15/06 Last Active 10/21/09<br>Personal liability for debt of JWLMD, LLC | | | | **26,356.00** |
| Account No.<br><br>**Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** | | | Additional Notice:<br>**Bk Of Amer** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx8617**<br><br>**Bk Of Amer**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | X | - | Opened 7/31/08 Last Active 10/21/09<br>Personal liability for debt of WWLFTHR, LLC | | | | **12,081.00** |
| Account No.<br><br>**Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** | | | Additional Notice:<br>**Bk Of Amer** | | | | **Notice Only** |

Sheet no. **1** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **38,437.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    **John W. Loewen**                                                    ,    Case No.    **2:10-bk-28947 CGC**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1873**<br><br>**Bk Of Amer**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | X | - | **Opened 7/31/08 Last Active 10/21/09**<br>**Personal liability for debt of JRLPMP, LLC** | | | | **12,074.00** |
| Account No.<br><br>**Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** | | | **Additional Notice:**<br>**Bk Of Amer** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx2690**<br><br>**Bk Of Amer**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | X | - | **Opened 7/31/08 Last Active 10/21/09**<br>**Personal liability for debt of BSMMD, LLC** | | | | **12,074.00** |
| Account No.<br><br>**Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** | | | **Additional Notice:**<br>**Bk Of Amer** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx4896**<br><br>**Bk Of Amer**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** | X | - | **Opened 7/28/08 Last Active 10/21/09**<br>**Personal liability for debt of LSLMD, LLC.** | | | | **11,386.00** |

Sheet no. __**2**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,534.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **John W. Loewen**                                        ,   Case No.   **2:10-bk-28947 CGC**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850** | | | Additional Notice: <br> Bk Of Amer | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-6540** <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | X | - | Opened 3/19/09 Last Active 2/01/10 <br> Credit Card used for business | | | | **14,105.00** |
| Account No. **xxxxxxx728-1** <br><br> **Citimortgage Inc** <br> **Po Box 9438** <br> **Gaithersburg, MD 20898** | | - | 6/2008 <br> Citimortgage was lienholder on investment house located at 1225 N. 43rd Place, Phoenix, AZ 85008; Property was sold at Trustee Sale on August 16, 2010 for $32,700, with a $186,526.78 balance; no valid claim against Debtor for deficiency. | | | X | **0.00** |
| Account No. <br><br> **Federal National Mortgage Association** <br> **c/o Dyck O'Neal Inc** <br> **P.O. Box 13370** <br> **Arlington, TX 76094** | | - | Loan re: short sale of investment property | | | | **7,500.00** |
| Account No. **xxx5075** <br><br> **Franklin Credit Mngmnt** <br> **101 Hudson St, 25th Floor** <br> **Jersey City, NJ 07302** | | - | Opened 3/02/07 Last Active 2/20/09 <br> Purchase money loan formerly secured by second position D of T on investment property located at 46057 W. Dutchman Dr., Maricopa, AZ 85239 that was forclosed on in 11/09. Claim barred by anti-deficiency law, but creditor trying to collect | | | X | **78,243.00** |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**99,848.00**

In re  **John W. Loewen** ,  Case No.  **2:10-bk-28947 CGC**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5442** <br><br> **Gemb/Chevron** <br> **4125 Windward Plz** <br> **Alpharetta, GA 30005** | | - | Opened 3/12/80 Last Active 3/28/10 ChargeAccount | | | | 63.00 |
| Account No. **xxxxxx3529** <br><br> **Great Lakes Higher Education** <br> **2401 International Ln** <br> **Madison, WI 53704** | | - | Opened 11/17/03 Last Active 3/19/10 Educational | | | | 125,860.06 |
| Account No. <br><br> **Jason Loewen** <br> **4110 N. Goldwater, Suite 102** <br> **Scottsdale, AZ 85251** | | - | Loans | | | | 4,200.00 |
| Account No. **x4517** <br><br> **Merchants Mortgage** <br> **7400 E. Crestline Circle, Suite 250** <br> **Englewood, CO 80111** | X | - | Personal Guarantee of loan to Loewen Company, LLC (Investment Debt) | | | | 79,249.00 |
| Account No. **xxxxxx0761** <br><br> **Security State Bank** <br> **110 E. 7th Street** <br> **Odessa, TX 79761** | | - | Balance owed after short sale of land | | | | 15,224.60 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**224,596.66**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __John W. Loewen__ , Case No. __2:10-bk-28947 CGC__
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1820** <br><br> **The Home Depot** <br> **PO Box 653002** <br> **Dallas, TX 75265** | X | - | Credit Card | | | | **1,309.12** |
| Account No. <br><br> **LTD Financial Services** <br> **7322 Southwest Freeway, Suite 1600** <br> **Houston, TX 77074** | | | Additional Notice: <br> The Home Depot | | | | **Notice Only** |
| Account No. **xxxx2523** <br><br> **The Home Depot** <br> **PO Box 6925** <br> **The Lakes, NV 88901** | X | - | various <br> Credit Card | | | | **14,681.54** |
| Account No. <br><br> **LTD Financial Services** <br> **7322 Southwest Freeway, Suite 1600** <br> **Houston, TX 77074** | | | Additional Notice: <br> The Home Depot | | | | **Notice Only** |
| Account No. <br><br> **Northland Group Inc.** <br> **P.O. Box 390905** <br> **Minneapolis, MN 55439** | | | Additional Notice: <br> The Home Depot | | | | **Notice Only** |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **15,990.66**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re __John W. Loewen_____,     Case No. __2:10-bk-28947 CGC_____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx6102**<br><br>**The Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | X | - | | **Possible liability for debt of LSLMD LLC** | | | | 1,463.21 |
| Account No.<br><br>**LTD Financial Services, LP**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | | | | **Additional Notice:**<br>**The Home Depot** | | | | Notice Only |
| Account No. **xxxx5781**<br><br>**The Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | X | - | | **Possible personal liability for debt of JRLPMP, LLC** | | | | 2,830.94 |
| Account No.<br><br>**LTD Financial Services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | | | | **Additional Notice:**<br>**The Home Depot** | | | | Notice Only |
| Account No. **xxxx8670**<br><br>**The Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | X | - | | **Possible personal liability for debt of BSMMD, LLC** | | | | 6,537.14 |

| | | |
|---|---|---|
| Sheet no. __6___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,831.29 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **John W. Loewen**                                                                ,          Case No.   **2:10-bk-28947 CGC**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**LTD Financial Services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | | | **Additional Notice:**<br>**The Home Depot** | | | | **Notice Only** |
| Account No. **xxx5370**<br><br>**TruWest Credit Union**<br>**PO Box 3489**<br>**Scottsdale, AZ 85271** | X | - | **2010**<br>**Personal Guarantee of JWLMD LLC Line of Credit** | | | | **45,994.46** |
| Account No. **xx0133**<br><br>**Western National Bank**<br>**2525 E. Camelback Rd, Suite 230**<br>**Phoenix, AZ 85016** | X | - | **Balance owed for loans on investment properties** | | | | **152,376.21** |
| Account No. <br><br>**William Loewen**<br>**P.O. Box 151**<br>**Moroni, UT 84646** | | - | **Loans** | | | | **22,000.00** |
| Account No. <br><br> | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **220,370.67**

Total
(Report on Summary of Schedules)          **676,141.28**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    **John W. Loewen**                             ,    Case No.    **2:10-bk-28947 CGC**
                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **John W. Loewen**                                                                    Case No.   **2:10-bk-28947 CGC**
_____ ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BSMMD, LLC<br>39285 N. 87th Place<br>Scottsdale, AZ 85251 | Bk Of Amer<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| BSMMD, LLC<br>39285 N. 87th Place<br>Scottsdale, AZ 85251 | The Home Depot<br>PO Box 6029<br>The Lakes, NV 88901 |
| Jason Loewen<br>4110 N. Goldwater, Suite 102<br>Scottsdale, AZ 85251 | Western National Bank<br>2525 E. Camelback Rd, Suite 230<br>Phoenix, AZ 85016 |
| JRLPMP, LLC<br>3928 N. 87th Place<br>Scottsdale, AZ 85251 | Bk Of Amer<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| JRLPMP, LLC<br>3928 N. 87th Place<br>Scottsdale, AZ 85251 | The Home Depot<br>PO Box 6029<br>The Lakes, NV 88901 |
| JWLMD, LLC<br>3928 N. 87th Place<br>Scottsdale, AZ 85251 | Bk Of Amer<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| JWLMD, LLC<br>3928 N. 87th Place<br>Scottsdale, AZ 85251 | TruWest Credit Union<br>PO Box 3489<br>Scottsdale, AZ 85271 |
| JWLMD, LLC<br>3928 N. 87th Place<br>Scottsdale, AZ 85251 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 |
| LSLMD, LLC<br>3928 N. 87th Place<br>Scottsdale, AZ 85251 | Bk Of Amer<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| LSLMD, LLC<br>3928 N. 87th Place<br>Scottsdale, AZ 85251 | The Home Depot<br>PO Box 6029<br>The Lakes, NV 88901 |
| The Loewen Company, LLC<br>4110 N. Goldwater Blvd, Suite 102<br>Scottsdale, AZ 85251 | Bank of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| The Loewen Company, LLC<br>4639 E. Janice Way<br>Phoenix, AZ 85032 | Bank Of America<br>Po Box 15311<br>Wilmington, DE 19884 |

1
_____  continuation sheets attached to Schedule of Codebtors

Best Case Bankruptcy

In re    <u>John W. Loewen</u>                                          ,    Case No.  <u>2:10-bk-28947 CGC</u>
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Loewen Company, LLC**<br>**4639 E. Janice Way**<br>**Phoenix, AZ 85032** | **The Home Depot**<br>**PO Box 6925**<br>**The Lakes, NV 88901** |
| **The Loewen Company, LLC**<br>**4639 E. Janice Way**<br>**Phoenix, AZ 85032** | **Merchants Mortgage**<br>**7400 E. Crestline Circle, Suite 250**<br>**Englewood, CO 80111** |
| **The Loewen Company, LLC**<br>**4639 E. Janice Way**<br>**Phoenix, AZ 85032** | **Western National Bank**<br>**2525 E. Camelback Rd, Suite 230**<br>**Phoenix, AZ 85016** |
| **WWLFTHR, LLC**<br>**3928 N. 87th Place**<br>**Scottsdale, AZ 85251** | **Bk Of Amer**<br>**4060 Ogletown/Stanton Rd**<br>**Newark, DE 19713** |
| **WWLFTHR, LLC**<br>**3928 N. 87th Place**<br>**Scottsdale, AZ 85251** | **The Home Depot**<br>**PO Box 653002**<br>**Dallas, TX 75265** |

Sheet  <u>1</u>  of  <u>1</u>  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **John W. Loewen**                                    Case No.    **2:10-bk-28947 CGC**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ER Physician** | |
| Name of Employer | **JWL MD LLC** | |
| How long employed | **7 years** | |
| Address of Employer | **6946 W. Ironwood Drive** **Peoria, AZ 85345** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **10,305.13** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **10,305.13** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **4,709.62** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **4,709.62** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,595.51** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): **Roommate** | $ | **450.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **450.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **6,045.51** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **6,045.51** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Can earn additional monies depending on profitability of JWL MD LLC**

In re __John W. Loewen__      Case No. __2:10-bk-28947 CGC__

               Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|   a. Are real estate taxes included? Yes ___ No **X** | | |
|   b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 100.00 |
|   b. Water and sewer | $ | 50.00 |
|   c. Telephone | $ | 150.00 |
|   d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 350.00 |
| 10. Charitable contributions | $ | 1,200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | 45.00 |
|   b. Life | $ | 250.00 |
|   c. Health | $ | 0.00 |
|   d. Auto | $ | 150.00 |
|   e. Other **See Detailed Expense Attachment** | $ | 342.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) **Property Taxes** | $ | 63.33 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | 0.00 |
|   b. Other _____ | $ | 0.00 |
|   c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Other Miscellaneous** | $ | 200.00 |
|   Other **Student Loans** | $ | 720.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ **4,735.33**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 6,045.51 |
| b. Average monthly expenses from Line 18 above | $ | 4,735.33 |
| c. Monthly net income (a. minus b.) | $ | 1,310.18 |

In re    __John W. Loewen__                                                                          Case No.    __2:10-bk-28947 CGC__
                                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| **Disability Insurance** | $ | **257.00** |
| **Boat Insurance** | $ | **85.00** |
| **Total Other Insurance Expenditures** | $ | **342.00** |

# United States Bankruptcy Court
## District of Arizona

In re    **John W. Loewen**        Case No.    **2:10-bk-28947 CGC**

Debtor(s)      Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __October 5, 2010__        Signature    **/s/ John W. Loewen**

                                                **John W. Loewen**

                                                Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.