**SIMBRO & STANLEY, PLC**
Robert P. Simbro (AZ Bar No. 007501)
8767 E. Via de Commercio, Suite 103
Scottsdale, Arizona 85258
Telephone: (480) 607-0500
Telecopier: (480) 607-0400
E-Mail: rsimbro@simbroandstanley.com
*Attorneys for Creditor Western National Bank*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOHN W. LOEWEN,<br><br>Debtor | In Proceedings Under Chapter 7<br><br>Case No.: 2:10-bk-28947-CGC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Simbro & Stanley, PLC hereby gives notice of its appearance on behalf of creditor Western National Bank in this case, and requests that copies of all notices, pleadings, memoranda and other papers filed in this case be served on counsel for Western National Bank as follows:

    Robert P. Simbro
    SIMBRO & STANLEY, PLC
    8767 E. Via de Commercio, Suite 103
    Scottsdale, Arizona 85258
    Telephone: (480) 607-0500
    E-mail: rsimbro@simbroandstanley.com

DATED this 14th day of February, 2011.

                                        **SIMBRO & STANLEY, PLC**

                                  By: /s/ RPS#007501
                                        Robert P. Simbro
                                        Attorneys for Western National Bank

| 1 | The foregoing was electronically filed with the Clerk of Court this 14th day of February, |
| --- | --- |
| 2 | 2011, and copies thereof were mailed the |
| 3 | next day to: |
| 4 | David A. Birdsell |
| 5 | 216 N. Center<br>Mesa, Arizona 85201-6629 |
| 6 | *Chapter 7 Trustee* |
| 7 | U.S. Trustee |
| 8 | Office of the U.S. Trustee<br>230 North First Avenue |
| 9 | Suite 204 |
| 10 | Phoenix, Arizona 85003-1725 |
| 11 | All Persons and Entities Listed on |
| 12 | Creditor Mailing Matrix as of February 14, 2011. |
| 13 | /s/ RPS#007501<br>Robert P. Simbro |